UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANKLYN WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 3:19-cv-00599 |
| v. | ) |
| | ) Judge Richardson |
| PRISONER TRANSPORTATION SERVICES, LLC, et al, | ) Magistrate Judge Holmes ) ) |
| Defendants. | ) ) |

## ENTRY OF DEFAULT

Pending is the Plaintiff's Request for Entry of Default under Fed. R. Civ. P. 55(a) against Defendant Cuyahoga County, Ohio, filed March 4, 2020. (Doc. No. 34). Defendant Cuyahoga County, Ohio received notification of this action on October 9, 2019. (Doc. No 12). To date, Defendant Cuyahoga County, Ohio has neither answered the complaint nor submitted other responsive pleadings in this case.

The Clerk notes that on December 20, 2019, attorneys Daniel Olivas and George S. Scoville, III entered notices of appearance for Defendant Cuyahoga County, Ohio. (Doc. No. 24, 27). On that same date, both counsel submitted amended notices of appearance, removing Defendant Cuyahoga County, Ohio from the list of defendants they were representing. (Doc. No. 28, 29). Neither counsel entered any pleadings on the behalf of Defendant Cuyahoga County, Ohio.

Fed. R. Civ. P. 55(a) states: "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." The Clerk finds that Defendant Cuyahoga County, Ohio has "failed to plead or otherwise defend" this action.

Accordingly, Plaintiff's Request for Entry of Default against Defendant Cuyahoga County, Ohio is **GRANTED**.

*Kirk L. Davies*
Kirk L. Davies
Clerk of Court