## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| FRANKLYN WILLIAMS, ) | |
| ) | |
| PLAINTIFF, ) | CASE NO. 3:19-CV-00599 |
| ) | |
| V. ) | |
| ) | JUDGE RICHARDSON |
| PRISONER TRANSPORTATION ) | |
| SERVICES, LLC, *et al.* ) | MAGISTRATE JUDGE HOLMES |
| ) | |
| DEFENDANTS. ) | |

### MOTION TO SET ASIDE DEFAULT PURSUANT TO F.R.C.P. 55(c) BY DEFENDANT CUYAHOGA COUNTY

Defendant Cuyahoga County ("County") moves this Honorable Court to set aside default pursuant to F.R.C.P. 55(c). Default should be set aside for good cause because the County has a meritorious defense, Plaintiff will not be prejudiced if default is set aside, and the County's actions (or inactions) were not willful. Additionally, this Court likely lacks personal jurisdiction over the County because Plaintiff cannot establish minimum contacts between the County and Tennessee to meet due process requirements. For these reasons and those stated in the memorandum in support and the accompanying exhibits, the County respectfully requests that the Clerk of Court's entry of default be set aside.

1

Respectfully submitted,

*/s/ Leslie Curry Bay*_____
LESLIE CURRY BAY (019812)
2000 Richard Jones Road, Suite 250
Nashville, TN 37215
Phone: (615) 383-9495 /Fax: (615) 292-9848
leslie@currybaylaw.com

BRENDAN D. HEALY (0081225)
Assistant Prosecuting Attorney, Cuyahoga County
8th Floor Justice Center
1200 Ontario Street
Cleveland, Ohio 44113
Phone: (216) 698-6447/Fax: (216) 443-7602
bhealy@prosecutor.cuyahogacounty.us
(Pending admission *pro hac vice*)

*Attorneys for Defendant Cuyahoga County*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing "Motion to Set Aside Default Pursuant to F.R.C.P. 55(c) by Defendant Cuyahoga County" was filed electronically on this 8th day of May 2020. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Courts electronic filing system.

| | |
|---|---|
| Daniel W. Olivis, Esq. | Troy L. Bowlin, II, Esq. |
| George S. Scoville, III, Esq. | The Bowlin Law Firm, P.C. |
| LEWIS, THOMASON, KING, KRIEG & WALDROP | 400 W. 1st North Street |
| 424 Church Street, Suite 2500 P.O. Box 198615 | Morristown, TN 37814-4617 |
| Nashville, Tennessee 37219-8615 | *Attorney for Plaintiff* |
| *Attorneys for Prisoner Transportation Services, LLC,* | |
| *Prisoner Transportation Services of America, LLC,* | |
| *Brevard Extraditions, LLC d/ba U.S. Prisoner Transport* | |

Lee L. Piovarcy
MARTIN, TATE, MORROW & MARSTON, P.C.
6410 Poplar Avenue, Suite 1000
Memphis, TN 38119
*Attorney for Defendant Brevard Extradition, LLC d/b/a U.S. Prisoner Transport*

2

/s/ Leslie Curry Bay
Leslie Curry Bay