# Offender Details

Ohio Department of Rehabilitation and Correction

## FRANKLYN WILLIAMS

**Number**
A680538

**DOB**
[redacted]

**Gender**
Male

**Race**
Black

**Admission Date**
01/11/2016

**Institution** (http://www.drc.ohio.gov/institutions)
Southern Ohio Correctional Facility

**Status**
INCARCERATED



### Offense Information

**KIDNAPPING**
**Counts:** 1     **ORC:** 2905.01 5
Cuyahoga County

**Degree:** First

**ROBBERY**
**Counts:** 1
Cuyahoga County
**ORC:** 2911.02 5
**Degree:** Second

**WEAPON UNDER DISABILITY**
**Counts:** 1
Cuyahoga County
**ORC:** 2923.13 5
**Degree:** Third

**KIDNAPPING**
**Counts:** 1
Cuyahoga County
**ORC:** 2905.01 5
**Degree:** First

**THEFT**
**Counts:** 1
Cuyahoga County
**ORC:** 2913.02 5
**Degree:** Fifth

**MISUSE CREDIT CARDS**
**Counts:** 1
Cuyahoga County
**ORC:** 2913.21 5
**Degree:** Fifth

**AGG ROBBERY**
**Counts:** 1
Cuyahoga County
**ORC:** 2911.01 5
**Degree:** First

**WEAPON UNDER DISABILITY**
**Counts:** 1
Cuyahoga County
**ORC:** 2923.13 5
**Degree:** Third

**THEFT**
**Counts:** 1
Cuyahoga County
**ORC:** 2913.02 5
**Degree:** Fifth

**MISUSE CREDIT CARDS**
**Counts:** 1
Cuyahoga County
**ORC:** 2913.21 5
**Degree:** Fifth

## Sentence Information

**Stated Prison Term**
21 years
**Expiration Stated Term**
07/25/2048
**Gun Specification**

12 years

## Notes

The above information may not contain a complete list of sentencing information for each offender.

The supervision period may not coincide with the current offense, but may reflect the offender's remaining supervision obligation from a previous offense.

Any person, agency or entity, public or private, who reuses, publishes or communicates the information available from this server shall be solely liable and responsible for any claim or cause of action based upon or alleging an improper or inaccurate disclosure arising from such reuse, re-publication or communication, including but not limited to, actions for defamation and invasion of privacy.

Questions concerning the information contained in these documents should be sent via the U.S. Mail to Ohio Department of Rehabilitation and Correction, Attn: Central Records, 4545 Fisher Road, Suite D, Columbus, OH 43228.