# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| FRANKLYN WILLIAMS, ) | |
| ) | |
| PLAINTIFF, ) | CASE NO. 3:19-CV-00599 |
| ) | |
| ) | JURY DEMAND |
| ) | |
| V. ) | |
| ) | |
| ) | JUDGE RICHARDSON |
| PRISONER TRANSPORTATION ) | |
| SERVICES, LLC, *et al.* ) | MAGISTRATE JUDGE HOLMES |
| ) | |
| DEFENDANTS. ) | |

## NOTICE OF COMPLIANCE WITH LOCAL RULE 7.01(a)(1)

On May 15, 2020, this Court issued an Order (Doc. #47) requiring Cuyahoga County ("County") to confer with all counsel for the parties to determine whether they opposed the relief sought by the County's Motion to Set Aside the Entry of Default Judgment (Doc. #40). Cuyahoga County submits the following:

(1) On May 15, 2020, the County, through its attorneys, sent an email to counsel for all parties in this case. A copy of the email is attached as Exhibit A. In this email, the County asked whether there was opposition to the relief sought in its Motion to Set Aside the Entry of Default Judgment. Counsel for Defendants promptly responded, stating they did not oppose the County's Motion. At the time of submitting this Notice, Plaintiff's counsel had not responded to the County's email request.

1

(2) In addition, Brendan Healy, counsel for the County, attempted to reach Plaintiff's counsel by telephone on May 15 and May 19, 2020. Messages were left with Plaintiff's counsel's office requesting a return phone call. At the time of filing this Notice, Plaintiff's counsel has not returned Mr. Healy's messages.

Accordingly, the County attempted to confer with all counsel concerning its Motion to Set Aside the Entry of Default and, therefore, has now complied with Local Rule 7.01(a)(1) and this Court's Order (Doc. #47).

Respectfully submitted,

*/s/ Leslie Curry Bay*_____
LESLIE CURRY BAY (019812)
2000 Richard Jones Road, Suite 250
Nashville, TN 37215
Phone: (615) 383-9495 /Fax: (615) 292-9848
leslie@currybaylaw.com

BRENDAN D. HEALY (0081225)
Assistant Prosecuting Attorney, Cuyahoga County
8th Floor Justice Center
1200 Ontario Street
Cleveland, OH 44113
Phone: (216) 698-6447/Fax: (216) 443-7602
bhealy@prosecutor.cuyahogacounty.us

Admitted *Pro Hac Vice*

*Attorneys for Defendant Cuyahoga County*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the Notice of Compliance with Local Rule 7.01(a)(1) was filed electronically on this 20th day of May 2020. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Courts electronic filing system.

| | |
|---|---|
| Daniel W. Olivas, Esq. <br> George S. Scoville, III, Esq. <br> LEWIS, THOMASON, KING, KRIEG & WALDROP <br> 424 Church Street, Suite 2500 P.O. Box 198615 <br> Nashville, TN 37219-8615 <br> *Attorneys for Prisoner Transportation Services, LLC,* <br> *Prisoner Transportation Services of America, LLC,* <br> *Brevard Extraditions, LLC d/b/a U.S. Prisoner Transport* | Troy L. Bowlin, II, Esq. <br> The Bowlin Law Firm, P.C. <br> 400 W. 1st North Street <br> Morristown, TN 37814-4617 <br> *Attorney for Plaintiff* |

Lee L. Piovarcy
MARTIN, TATE, MORROW & MARSTON, P.C.
6410 Poplar Avenue, Suite 1000
Memphis, TN 38119
*Attorney for Defendant Brevard Extradition, LLC d/b/a U.S. Prisoner Transport*

                                                                               */s/ Leslie Curry Bay*_____
                                                                               Leslie Curry Bay