## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **FRANKLYN WILLIAMS,** | **)** | |
| Plaintiff, | **)** | |
| | **)** | |
| **v.** | **)** | **No. 3:19-cv-00599** |
| | **)** | |
| **PRISONER TRANSPORTATION** | **)** | |
| **SERVICES, LLC**, **et al.** | **)** | |
| Defendants. | **)** | |

## NOTICE

**COMES NOW**, Plaintiff Franklyn Williams, by and through the undersigned counsel, and hereby submits this Notice that he leaves it to the Court's discretion whether to grant Defendant Cuyahoga County's Motion to Set-Aside the Clerk's Entry of Default. *See* Doc. No. 40. Plaintiff submits that he served the County in accordance with the *Federal Rules*, and the County failed to respond in time; however, Plaintiff understands this case is still in its infancy and the difficulties surrounding the covid-19 pandemic. Regarding the County's inability to reach Plaintiff's counsel last week, the undersigned's law firm underwent a reorganization and his e-mail address recently changed. The Firm is in the process of updating ECF notifications and notifying opposing counsel of this e-mail address, which is produced below. Additionally, the Firm's employees are working remotely during the pandemic and utilizing an answering service which has led to some delays.

**RESPECTFULLY SUBMITTED**, this the **21st** day of **May**, **2020**.

**BOWLIN STEPHENS PLLC**

By: _____ *for The Firm*

Troy L. Bowlin, II No. 025893
*Attorney for Franklyn Williams*
First Tennessee Plaza
800 South Gay St. Suite 2131
Knoxville, Tennessee 37929
troy@bowlinstephens.com

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was transmitted for service via Pacer and this Court's Electronic Court Filing System to counsel for all parties.

**Daniel W. Olivas and George S. Scoville, III**
Lewis, Thomason, King, Krieg & Waldrop, P.C.
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219

**Lee L. Piovarcy**
Martin, Tate, Morrow & Marston, P.C.
6410 Poplar Ave., Tower II, Suite 1000
Memphis, TN 38119

**Brendan D. Healy**
Cuyahoga County Assistant Prosecuting Attorney
8th Floor Justice Center
1200 Ontario Street
Cleveland, OH 44113

**Leslie Curry Bay**
Law Office of Leslie Curry Bay, PLLC
2000 Richard Jones Road, Suite 250
Nashville, TN 32715

**BOWLIN STEPHENS PLLC**

By:     s/Troy L. Bowlin, II
         Attorney Bar No. 025893

         *Attorney for Franklyn Williams*
         First Tennessee Plaza
         800 South Gay St. Suite 2131
         Knoxville, Tennessee 37929
         Telephone: 865.245.2011
         troy@bowlinstephens.com
         www.bowlinstephens.com

2