IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| FRANKLYN WILLIAMS, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 3:19-cv-00599 JUDGE RICHARDSON |
| PRISONER TRANSPORTATION SERVICES, LLC, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Defendant Cuyahoga County's Motion to Dismiss (Doc. No. 63). For the reasons stated in the accompanying Memorandum Opinion, the Motion to Dismiss is **GRANTED**, and all claims against Defendant Cuyahoga County are **DISMISSED** without prejudice, pursuant to Fed. R. Civ. P. 12(b)(2), for lack of personal jurisdiction.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE